**Order issued December 12, 2014**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-14-00989-CV

———————————

### IN RE SHAYNA (DEBOISE) HERRING, Relator

---

### Original Proceeding on Petition for Writ of Habeas Corpus

---

### MEMORANDUM ORDER

Relator, Shayna (Deboise) Herring, has filed a petition for writ of habeas corpus arising from a contempt proceeding where the trial court's December 11, 2014 commitment order sentenced her to 180 days in jail to be served on weekends beginning Friday, December 12, 2014, at 6:00 p.m.[1]  The Court is of the tentative

---

[1]  The underlying case is *In the Interest of J.P.D.*, Cause No. 2010-45732, in the 247th District Court of Harris County, Texas, the Honorable Bonnie Crane Hellums presiding.

opinion that a serious question concerning the relief requires further consideration. *See* TEX. R. APP. P. 52.8(b).

Accordingly, the Court **orders** the Sheriff of Harris County to discharge relator from custody upon relator executing and filing with the Sheriff of Harris County a good and sufficient bond, conditioned as required by law, in the amount of $500.00. *See* TEX. R. APP. P. 52.8(b)(3), 52.10(b); *see also* TEX. GOV'T CODE § 22.221(d) (West 2004).

In addition, although relator stated in her appendix that she relies on the reporter's record to be filed for the hearing held on December 8, 2014, she did not indicate whether she had requested and paid for the record and when it may be filed. Accordingly, we **order** relator, **within five days of the date of this order**, to provide evidence of requesting the reporter's record on an expedited basis for the December 8, 2014 hearing and payment for or arrangements to pay for preparation of the reporter's record. *See* TEX. R. APP. P. 52.7(a)(2).

It is further **ordered** that the real party in interest Caston Lee Deboise shall have 30 days from the date of this order to file a brief in response to the petition with any relevant portions of the record. *See* TEX. R. APP. P. 52.4(e), 52.8(b)(1).

It is so ORDERED.

/s/ Laura Carter Higley
Justice